# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL H-18-344-8 |
| | § | |
| Jay Bender, M.D. | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts _2_, a presentence report is ordered.

1.  By August 2, 2019, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2.  By August 16, 2019, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3.  By September 6, 2019, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4.  Sentencing is set for September 19, 2019, at 2:00 p.m. (*no sooner than 35 days from initial disclosure*).

5.  For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6.  A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed June 6, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE

Copies:   United States Probation
          AUSA: S. P. Armstrong, C. E. Wagner
          Defense Counsel: E. P. Tausk
          Defendant is   ■ on bond   ☐ in custody.