United States District Court
Southern District of Texas

**ENTERED**

June 22, 2020

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18-344 |
| | § | |
| Jay Bender, M.D. (4) | § | |
| James Don Jackson, M.D. (5) | § | |
| Deepak Chavda, M.D. (6) | § | |
| Keith Hudson (8) | § | |
| Naresh Jivanji (10) | § | |
| Terrance Aice (12) | § | |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is hereby reset.

1. The Pre-Sentence Investigation Report will be disclosed to counsel on

   _January 29, 2021_ .

2. Counsel will file objections or a statement of no objection within 14 days after disclosure.

3. The Probation Office will submit the final PSR with an addendum 7 days prior to

sentencing.

4. Sentencing will be held on _MARCH 18, 2021_ at _2:00 p.m._

**SIGNED** on this the 22nd day of June, 2020.

_____
**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**