IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18–344 |
| | § | |
| JAY BENDER, M.D. (4) | § | |
| JAMES DON JACKSON, M.D. (5) | § | |
| KEEPAK CHAVDA, M.D. (6) | § | |
| KEITH HUDSON (8) | § | |
| NARESH JIVANJI (10) | § | |
| TERRANCE AICE (12) | § | |
| SHEROD JOHNSON (13) | § | |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is hereby reset.

1. The Pre-Sentence Investigation Report will be disclosed to counsel on _October 15, 2021_.

2. Counsel will file objections or a statement of no objection within 14 days after disclosure.

3. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

4. Sentencing will be held on _December 9, 2021_ at _2:00 p.m._.

SIGNED on this the 23rd day of March, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE